# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-14-01813-001-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Jose Luis Plasencia, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation (Doc. 46) issued by United States Magistrate Judge Jacqueline M. Rateau that recommends granting Defendant's Motion to Suppress Unconstitutional Seizure (Doc. 30). As explained by Magistrate Judge Rateau, the evidence shows that it was not reasonable for Arizona Department of Public Safety ("DPS") Officer Dustyn Patterson to suspect Defendant Jose Luis Plasencia was violating A.R.S. § 28-721(b) at the time that DPS Officer Patterson pulled him over. Accordingly, the stop was an unconstitutional seizure. Based upon this Court's *de novo* independent and full review of the record, and because the Government's Objection to Report and Recommendation (Doc. 48) does not undermine the analysis and proper conclusion reached by Magistrate Judge Rateau, the objection is overruled and the Report and Recommendation will be adopted. Accordingly,

**IT IS HEREBY ORDERED** that Magistrate Judge Rateau's Report and Recommendation (Doc. 46) is **adopted**.

. . .

. . .

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Unconstitutional Seizure (Doc. 30) is **granted**. All evidence seized as a result of the unlawful stop and subsequent search is **suppressed**.

Dated this 11th day of February, 2015.

_____
Honorable Rosemary Márquez
United States District Judge